PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_Corpus Christi_ DIVISION

United States Courts
Southern District of Texas
FILED

MAY 12 2023

Nathan Ochsner, Clerk of Court

Jewell Thomas
Texas Dept of Criminal Justice (TDCJ-CID)
Plaintiff's Name and ID Number

McConnell Unit
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v. Lanette Linthicum
2 Financial Plaza #625
Huntsville, Texas 77340
Defendant's Name and Address

Bryan Collier
209 W. 14 St #500
Austin, Texas 78711
Defendant's Name and Address

Eric Hustak
301 University Ave
Galveston, Texas 77555-0449
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ___NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit:_____

        2. Parties to previous lawsuit:

        Plaintiff(s)_____

        Defendant(s)_____

        3. Court: (If federal, name the district; if state, name the county.)_____

        4. Cause number:_____

        5. Name of judge to whom case was assigned:_____

        6. Disposition: (Was the case dismissed, appealed, still pending?)_____

        7. Approximate date of disposition:_____

(Cont...)

Previous Lawsuits -

1. Approximate date of filing lawsuits: Not Sure
2. Parties to Previous lawsuit:
   Plaintiff(s): Jewell Thomas
   Defendant(s): Isaac Kwarteng, et al
3. Court: U.S. District Court for the Southern District of Texas Corpus Christi
4. Cause number: 2:22-cv-00163
5. Name of Judge: Not Sure
6. Disposition: Still Pending
7. Approximate date of disposition: Still Pending

1. Approximate date of filing lawsuits: July 19, 2022
2. Parties to Previous lawsuit:
   Plaintiff(s): Jewell Thomas
   Defendant(s): Lanette Linthicum, et al
3. Court: U.S. District Court for the Southern District of Texas Corpus Christi
4. Cause Number: 2:22-cv-00162
5. Name of Judge: Nelva Gonzales Ramos
6. Disposition: Still Pending
7. Approximate date of Disposition: Still pending

1. Approximate date of filing lawsuit: July 13, 2022
2. Parties to Previous lawsuit: Plaintiff(s) Jewell Thomas / Defendant(s) Trevino, Rosalinda
3. Court: U.S. District Court for the Southern District of Texas Corpus Christi
4. Cause Number: 2:22-cv-00157
5. Name of Judge: David S. Morales
6. Disposition: Still Pending
7. Approximate date of Disposition: Still Pending    (see Reverse)

Previous Lawsuits (cont...)

1. Approximate date of filing lawsuit: July 14, 2022
2. Parties to Previous lawsuits:
   Plaintiff(s): Jewell Thomas
   Defendant(s): Georgy Samuel, et al
3. Court: U.S. District Court for the Southern District of Texas Corpus Christi
4. Cause Number: 2:22-cv-00158
5. Name of Judge: David S. Morales
6. Disposition: Still Pending
7. Approximate date of Disposition: Still Pending

1) Approximate date of filing lawsuit: June 28, 2022
2) Parties to Previous lawsuits:
   Plaintiff(s): Jewell Thomas
   Defendant(s): Jerry Sanchez
3) Court: U.S. District Court for the Southern District of Texas Corpus Christ
4) Cause Number: 2:22-cv-00152
5) Name of Judge: David S. Morales
6) Disposition: Still Pending
7) Approximate date of Disposition: Still Pending

1. Approximate date of filing lawsuit: June 17, 2022
2. Parties to Previous lawsuits: Plaintiff(s) Jewell Thomas / Defendant(s): Christopher Carter
3. Court: U.S. District Court for the Southern District of Texas Corpus Christi
4. Cause Number: 2:22-cv-00133
5. Name of Judge: David S. Morales
6. Disposition: Still Pending
7. Approximate date of Disposition: Still Pending

2

(Cont...)

Previous Lawsuits

1. Approximate date of filing lawsuit: June 17, 2022
2. Parties to Previous lawsuits: Plaintiff(s) Jewell Thomas / Defendant(s) Christopher Carter
3. Court: U.S. District Court for the Southern District of Texas Corpus Christi
4. Cause Number: 2:22-cv-00133
5. Name of Judge: David Morales
6. Disposition: Still Pending
7. Approximate date of Disposition: Still Pending


1. Approximate date of filing lawsuit: June 10, 2022
2. Parties to Previous lawsuit: Plaintiff(s) Jewell Thomas / Defendant(s) Jerry Sanchez, et al
3. Court: U.S. District Court for the Southern District of Texas Corpus Christi
4. Cause Number: 2:22-cv-00141
5. Name of Judge:
6. Disposition: Still Pending
7. Approximate date of Disposition: Still Pending


1. Approximate date of filing Lawsuit: April 4, 2022
2. Parties to Previous Lawsuit:
    Plaintiff(s) Jewell Thomas
    Defendant(s): Isaac Kwarteng, et al
3. Court: U.S. District Court for the Southern District of Texas Corpus Christi
4. Cause Number: 2:22-cv-00083
5. Name of Judge: Nelva Gonzales Ramos
6. Disposition: Still Pending
7. Approximate Date of Disposition: Still Pending

SEE REVERSE   3

(Cont)

## Previous Lawsuits

1. Approximate date of filing lawsuit: May 31, 2022
2. Parties to Previous lawsuit:
   Plaintiff(s)  Jewell Thomas
   Defendant(s)  Jerry Sanchez et al
3. Court: U.S. District Court for the Southern District of Texas Corpus Christi
4. Cause Number: 2:22-cv-00129
5. Name of Judge: Not Sure
6. Disposition: Still Pending
7. Approximate date of Disposition: Still Pending

4

Texas Dept of Criminal Justice

II. PLACE OF PRESENT CONFINEMENT: McConnell Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   X YES   ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

Grievances #'s: 2022031614 and 2022039490 Waiting on open records request.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Jewell Thomas
3001 S. Emily Dr
Beeville, Texas 78102

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Lanette Linthicum (UTMB Health's Service Director)
2 Financial Plaza #625, Huntsville, Texas 77340

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Through policies Defendant violated both Eighth Amendment and ADA/RA rights.

Defendant #2: Eric Hustak (UTMB Medical Doctor)
301 University Ave, Galveston, Texas 77555

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Through policies Defendant violated both Eighth Amendment and ADA/RA

Defendant #3: Bryan Collier (EXECUTIVE DIRECTOR TDCJ-CID)
209 W. 14 St, Austin, Texas 78711

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Through policies Defendant violated both Eighth Amendment and ADA/RA

Defendant #4: Bobby Lumpkin (Director TDCJ-CID)
209 W. 14 St, Austin, Texas 78711

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Through policies Defendant violated both Eighth Amendment and ADA/RA

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Defendants Lanette Linthicum, Eric Hustak, Bobby Lumpkin and Bryan Collier violated the Plaintiff's rights under both the Eighth Amendment. Defendants have been deliberately indifferent to the Plaintiff's serious medical needs through policies. Defendants also have violated the Plaintiff's rights under both the Americans with Disabilities and Rehabilitation Acts through unconstitutional policies.

✷ SEE ATTACHED PLAINTIFF'S ORIGINAL COMPLAINT ✷

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Aggregated dollar amount of 950,000.00 for Compensatory, Punitive damages to include pain, suffering, mental anguish, Pre/Post Judgment interest ~~taxes~~

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Jewell Thomas

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

2321366, 2350417

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES _X_NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date sanctions were imposed: _____

4. Have the sanctions been lifted or otherwise satisfied? ___YES _X_NO

4

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES _X_NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warning was issued: _____

Executed on: May 11, 2023
         DATE

Jewell Thomas
Jewell Thomas
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __11th__ day of __May__, 20__23__.
         (Day)            (month)            (year)

Pursuant to 28 U.S.C Section 1746, I declare and certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct EXECUTED on May 11, 2023.
Jewell Thomas   Jewell Thomas

Jewell Thomas
Jewell Thomas
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

5